Robert Cralle, of Groesbeck, for appellant.

A. A. Dawson, State's Atty., of Canton, for the State.

## HAWKINS v. STATE.
No. 14105.

Court of Criminal Appeals of Texas.

April 1, 1931.

Elmer L. Lincoln, of Texarkana, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Conviction is for murder, punishment being five years in the penitentiary.

The indictment is sufficient. The record is here without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.